IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A., :<br>　　　Plaintiff : | | CIVIL ACTION |
| v. : | | |
| JOHN DOE, et al., :<br>　　　Defendants : | | NO. 17-3861 |

## ORDER

AND NOW, this     day of October, 2017, upon consideration of Samuel Dauphin's motion to proceed *in forma pauperis* (ECF No. 1), defendants' notice of removal (ECF No. 1-1), Wells Fargo's motion for remand (ECF No. 5), defendants' opposition thereto (ECF No. 6), and Wells Fargo's motion for leave to file a reply brief (ECF No. 8), it is ORDERED that:

1. Samuel Dauphin is GRANTED leave to proceed *in forma pauperis*

2. The Clerk of Court shall file the notice of removal.

3. The motion for remand is GRANTED.

4. This case is REMANDED forthwith to the Montgomery County Court of Common Pleas, pursuant to 28 U.S.C. § 1447(c).

5. Wells Fargo's motion for leave to file a reply brief is GRANTED. The Clerk of Court shall file the reply brief on the docket.

6. The Clerk of Court shall CLOSE this case.

BY THE COURT:

/s/ Juan R. Sánchez
JUAN R. SÁNCHEZ, J.